UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| JOHN LUCARELLI, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>vs.<br><br>GATEWAY REHABILITATION CENTER,<br><br>      Defendant. | Case No. 2:22-cv-01729-RJC<br><br>**<u>CLASS ACTION</u>** |

-1-

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff John Lucarelli ("Plaintiff") hereby voluntarily dismisses his claims against Defendant Gateway Rehabilitation Center without prejudice. Federal Rule of Civil Procedure Rule 41 provides that a Plaintiff may dismiss a case:

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an Answer or a Motion for Summary Judgment;

Defendant has not filed an Answer or Motion for Summary Judgment in this case and no class has been certified (nor have any efforts to certify a class been made). Plaintiff has not received any consideration in exchange for this dismissal and has re-filed in state court.

By: */s/ Cody A. Bolce, Esq.*
Cody A. Bolce, Esq.

**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone:   (510) 891-9800
Facsimile:    (510) 891-7030
Email: cab@colevannote.com
Web:   www.colevannote.com

AND NOW, this 10th day of February, 2023,

It is SO ORDERED,

*/s/Robert J. Colville*
United States District Judge